1

2

3

4

5

6

7

8

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

           Plaintiff,

   v.

FRANCISCO ALVAREZ, et al.,

           Defendants.

Case No. 22-cv-01217-SK

**ORDER REGARDING CONSENT**

Regarding Docket No. 17

On March 1, 2022, Plaintiff Orlando Garcia filed a consent to Magistrate Judge Jurisdiction in accordance with 28 U.S.C. § 636(c).  (Dkt. No. 6.)  On April 19, 2022, Defendants Eva Irene Alvarez and Francisco Alvarez filed a consent to Magistrate Judge Jurisdiction in accordance with 28 U.S.C. § 636(c).  (Dkt. No. 13.)  At that point, all parties consented and the undersigned obtained jurisdiction over this matter pursuant to 28 U.S.C. § 636(c).  On August 9, 2022, Defendants purported to file a declination of consent and requested that this matter be reassigned to a District Judge.  (Dkt. No. 17.)

If all parties to a civil action consent, all proceedings including trial and entry of judgment may be conducted by a magistrate judge.  28 U.S.C. § 636(c)(1); *Branch v. Umphenour*, 936 F.3d 994, 1000 (9th Cir. 2019).  Under both the United States Code and the Federal Rules of Civil Procedure, once a civil case is referred to a magistrate judge under 28 U.S.C. section 636(c) ("Section 636(c)"), the reference can be withdrawn by the court only "for good cause on its own motion, or under extraordinary circumstances shown by any party." 28 U.S.C. § 636(c)(4); Fed. R. Civ. P. 73(b)(3); *Branch*, 936 F.3d at 1002.

Now that both parties have already consented, if Defendants seek to withdraw their consent and have this matter be reassigned to a District Judge, they must file a motion to withdraw their consent upon a showing of extraordinary circumstances.  The motion will be reassigned to a

1    District Judge for disposition when ripe, according to the procedures set forth by this District.

2         **IT IS SO ORDERED**.

3    Dated: August 10, 2022

4    _____
     SALLIE KIM

5    United States Magistrate Judge

United States District Court
Northern District of California